*Paxton Blair,* and *Leo Brown* for respondent.

No. 831. HARTFORD ELECTRIC LIGHT Co. *v.* FEDERAL POWER COMMISSION. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. E. Barrett Prettyman* and *Austin D. Barney* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Charles V. Shannon* and *Howard E. Wahrenbrock* for respondent. *Messrs. John E. Benton* and *Frank B. Warren* filed a brief on behalf of the National Association of Railroad and Utilities Commissioners, as *amicus curiae,* in support of the petition.

Nos. 833 and 834. CRANSTON *v.* THOMPSON ET AL. May 3, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Clarence G. Pickard* for petitioner. *Mr. Harold J. Adams* for respondents.

No. 836. HALLIWELL *v.* COMMISSIONER OF INTERNAL REVENUE. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Theodore B. Benson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *L. W. Post* for respondent.

No. 842. PARKFORD *v.* COMMISSIONER OF INTERNAL REVENUE. May 3, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit de-